UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

VICTOR PETERSON,

Supervisee.

No. 17-cr-365 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of defense counsel's January 13, 2021 letter and signed Waiver of Presence Form indicating that Supervisee Peterson wishes to proceed remotely in this matter. (Doc. No. 72). Accordingly, IT IS HEREBY ORDERED that the status conference on Supervisee Peterson's alleged violations of supervised release will take place on Wednesday, January 20, 2021 at 11:00 a.m. E.T. via Zoomgov videoconference. Chambers will email the parties directly in due course with further instructions for accessing the videoconference. Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:   January 14, 2021
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation