UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>VICTOR PETERSON,<br><br>    Supervisee. | No. 17-cr-365 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

During the January 20, 2021 conference in this matter, the Court scheduled a status conference for Thursday, March 4, 2021 at 11:00 a.m. via Zoomgov videoconference. Chambers will email the parties directly in due course with further instructions for accessing the videoconference. Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:   February 26, 2021
         New York, New York

                                        _____
                                        RICHARD J. SULLIVAN
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation