UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

VICTOR PETERSON,

Supervisee.

No. 17-cr-365 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT Victor Peterson's supervised release conditions are modified to include the following special condition: Victor Peterson shall enter into a residential substance abuse treatment program approved by the United States Probation Office – ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ – for a period of at least thirty (30) days.[1]  This program may include testing to determine whether Mr. Peterson has reverted to the use of drugs or alcohol.  Mr. Peterson shall continue to take any prescribed medications unless otherwise instructed by his health care/treatment provider.  Mr. Peterson shall contribute to the cost of services rendered based on his ability to pay and the availability of third-party payments. The Court authorizes the release of available substance abuse and mental health evaluations and reports, including the presentence investigation report, from Probation to the substance abuse treatment provider and vice-versa.

SO ORDERED.

Dated:      March 15, 2021
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

---

[1] The Court finds that the presumption of open records has been overcome with respect to the address of the facility where Mr. Peterson shall receive treatment.  Accordingly, the Clerk of Court is respectfully directed to file a redacted copy of the order on the public docket and maintain the unredacted order under seal.  *See United States v. Amodeo*, 71 F.3d 1044, 1050–51 (2d Cir. 1995).