UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

VICTOR PETERSON,

Supervisee.

No. 17-cr-365 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT a conference in this matter will take place on Friday, April 16, 2021 at 10:00 a.m. via Zoomgov videoconference. Chambers will email the parties directly in due course with further instructions for accessing the videoconference. Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:   April 8, 2021
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation