UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

VICTOR PETERSON,

        Supervisee.

No. 17-cr-365 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT sentencing in connection with Supervisee's admitted violations of supervised release ("VOSR") will take place on May 24, 2021 at 11:00 am via Zoomgov. IT IS FURTHER ORDERED THAT the parties shall submit any sentencing submissions regarding the VOSR by May 21, 2021. Chambers will email the parties directly in due course with further instructions for accessing the videoconference. Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:    May 10, 2021
             New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation