## DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
DAVID RIVERA
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

September 9, 2021

**Via ECF**
Honorable Richard J. Sullivan
United States District Judge
500 Pearl Street
New York, NY 10007-1312

> The motion for stand-in counsel is GRANTED. IT IS HEREBY ORDERED THAT Peter Enrique Quijano, Esq., is appointed as counsel pursuant to 18 U.S.C. § 3006A to represent Supervisee Victor Peterson during the VOSR presentment on September 13, 2021.
>
> SO ORDERED: _____
> Dated: 9/10/21    RICHARD J. SULLIVAN
>                   U.S.C.J., Sitting by Designation

Re: *United States v. Victor Peterson*
Docket No. 17 CR. 365 (RJS)

Dear Judge Sullivan:

I was appointed to represent Victor Paterson in the above-referenced matter Mr. Peterson is scheduled to appear before Your Honor on Monday, September 13, 2021 for arraignment on a new VOSR.

I am writing to request that the Court have the CJA Counsel on duty for Monday appear at the arraignment on my behalf. I have a trial beginning on September 13, 2021 before the Honorable William F. Kuntz, in the E.D.N.Y. in *US v. Ppassim Elder*, Docket #18 Cr. 0092.

Thank you for the Court's consideration of the foregoing.

Respectfully submitted,

John F. Kaley

cc: USPO Mariano Franco
    AUSA Andrew Thomas
    (All via ECF filing)