UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -v-

VICTOR PETERSON,

        Supervisee.

No. 17-cr-365 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a letter from Supervisee's counsel, dated September 14, 2021, requesting that the Court vacate or stay the warrant that it issued on September 13, 2021 for Supervisee's arrest.  While counsel expresses concern that Supervisee was not informed of his required court appearance yesterday, Probation Officer Hildery Huffman confirmed on the record at that scheduled proceeding that she had communicated with Supervisee multiple times regarding his required attendance in court on September 13, 2021.  According to Officer Huffman, she shared the time, date, and location of the proceeding with Supervisee.  Several days before the September 13 proceeding, Supervisee confirmed that he knew about the proceeding and represented to Officer Huffman that he planned to attend.

Accordingly, the Court DENIES counsel's request to vacate or stay the warrant.

SO ORDERED.

Dated:      September 14, 2021
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation