UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

-v-

VICTOR PETERSON,

              Supervisee.

No. 17-cr-365 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

On November 3, 2021, the Court issued a sealed order directing the government and representatives from the Probation Department and United States Marshals Service to appear for an ex parte conference concerning efforts made to locate the Supervisee, who was then a fugitive. On November 10, Supervisee was arrested, presented before the Court, and remanded to the custody of the United States Marshals Service and the Bureau of Prisons. In light of these events, IT IS HEREBY ORDERED THAT the conference scheduled for November 15, 2021 is CANCELLED. The Clerk of the Court is respectfully directed to file this order and the Court's November 3, 2021 order on the public docket.

SO ORDERED.

Dated:      November 10, 2021
              New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation