UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

-v-

VICTOR PETERSON,

           Supervisee.

No. 17-cr-365 (RJS)
<u>EX PARTE ORDER</u>

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

On September 13, 2021, the Court issued a warrant for Supervisee's arrest. Supervisee has remained a fugitive for seven weeks. Accordingly, IT IS HEREBY ORDERED that the supervising United States Probation Officer, the United States Marshal who is assigned to the outstanding warrant, and the government shall appear for an ex parte conference on Monday, November 15, 2021 at 10:00 a.m. to discuss the steps that have been taken to locate the fugitive. The conference will take place in the robing room of Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Because public disclosure of the details surrounding the outstanding warrant, including the United States Marshals Service's efforts to locate Supervisee, would likely impair the search, the Court finds that the presumption in favor of open records has been overcome. *See United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995). Accordingly, IT IS HEREBY ORDERED THAT this order shall be filed under seal.

SO ORDERED.

Dated:    November 3, 2021
               New York, New York

                                              RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation