UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>VICTOR PETERSON,<br><br>               Supervisee. | No. 17-cr-365 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

On November 10, the Court cancelled a conference that it had previously ordered in a sealed ex parte order dated November 3, 2021. In light of the presumption in favor of open records and because there is now no reason to maintain the ex parte order under seal, *see United States v. Amodeo*, 71 F.3d 1044, 1051–53 (2d Cir. 1995), IT IS HEREBY ORDERED THAT the Court's November 3 order shall be unsealed.

SO ORDERED.

Dated:   November 12, 2021
         New York, New York

                                                          RICHARD J. SULLIVAN
                                                          UNITED STATES CIRCUIT JUDGE
                                                          Sitting by Designation