UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>VICTOR PETERSON,<br><br>                              Supervisee. | No. 17-cr-365 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT Supervisee's sentencing will take place on Monday, December 20, 2021 at 2:00 p.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  Members of the public may monitor the proceeding either in-person in Courtroom 21C or via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:    December 10, 2021
              New York, New York

                                                                                   _____
                                                                                   RICHARD J. SULLIVAN
                                                                                   UNITED STATES CIRCUIT JUDGE
                                                                                   Sitting by Designation