UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

VICTOR PETERSON,

Supervisee.

No. 17-cr-365 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

As stated on the record during this morning's proceeding, the Court relieved Mr. John F. Kaley as counsel in this matter. Accordingly, IT IS HEREBY ORDERED THAT Ms. Meredith S. Heller is appointed as CJA counsel pursuant to 18 U.S.C. § 3006A to represent Supervisee during the pendency of this matter. Ms. Heller shall promptly file a notice of appearance in Case No. 17-cr-365 (RJS).

SO ORDERED.

Dated:   March 17, 2023
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation