UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>VICTOR PETERSON,<br><br>　　　　　　　　　Supervisee. | No. 17-cr-365 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

　　　　The Court is in receipt of the Probation Office's amended report, dated April 11, 2023, which alleges that the Supervisee engaged in two additional violations of the terms of his supervised release. The Court is also in receipt of a letter from Supervisee's counsel requesting that the evidentiary hearing scheduled for April 19, 2023 be adjourned in light of the new allegations. Doc. No. 120. IT IS HEREBY ORDERED THAT Supervisee's adjournment request is DENIED. The parties are directed to appear as scheduled on Wednesday, April 19, 2023 at 10:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, at which time the Court will present Supervisee on the two new specifications before proceeding with the evidentiary hearing on the three violations that the Supervisee previously denied.

SO ORDERED.

Dated:　　　April 12, 2023
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　　Sitting by Designation