UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>VICTOR PETERSON,<br><br>                    Supervisee. | No. 17-cr-365 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

For the reasons stated on the record during the violation of supervised release ("VOSR") hearing and presentment on April 19, IT IS HEREBY ORDERED THAT Supervisee is remanded to the custody of the United States Marshals Service and the Bureau of Prisons pending resolution of his VOSR proceedings.

SO ORDERED.

Dated:        April 19, 2023
              New York, New York

                                              _____
                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation