UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>VICTOR PETERSON,<br><br>               Supervisee. | No. 17-cr-365 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the sentencing in this matter, which is scheduled for Friday, May 26, 2023 at 10:30 a.m., will take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    May 18, 2023
             New York, New York

                                                  _____
                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation