UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES<br><br>-v-<br><br>VICTOR PETERSON,<br><br>      Supervisee. | No. 17-cr-365 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

  IT IS HEREBY ORDERED THAT Supervisee shall appear before the Court on Tuesday, May 28, 2024, at 2:00 p.m. in Courtroom 21C at the Daniel Patrick Moynihan United States Courthouse, New York, New York, 10007 to be presented on the alleged violations of supervised release set forth in the Probation Office's May 14, 2024 report.

SO ORDERED.

Dated: May 16, 2024
    New York, New York

                  _____
                  RICHARD J. SULLIVAN
                  UNITED STATES CIRCUIT JUDGE
                  Sitting by Designation