UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

    -v-

VICTOR PETERSON,

              Supervisee.

No. 17-cr-365 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

IT IS HEREBY ORDERED THAT Supervisee shall appear before the Court for sentencing on Monday, July 1, 2024, at 10:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan United States Courthouse, New York, New York, 10007. IT IS FURTHER ORDERED THAT Supervisee shall file a sentencing submission by June 21, 2024; the government shall submit its response by June 28, 2024.

SO ORDERED.

Dated:      June 14, 2024
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation