UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

-v-

VICTOR PETERSON,

            Supervisee.

No. 17-cr-365 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

     IT IS HEREBY ORDERED THAT the sentencing in this matter, which was previously scheduled for Monday, July 1, 2024 at 10:00 a.m., will now take place on Tuesday, July 2, 2024 at 3:30 p.m. in Courtroom 21C at the Daniel Patrick Moynihan United States Courthouse, New York, New York, 10007.

SO ORDERED.

Dated:     June 25, 2024
             New York, New York

                                       RICHARD J. SULLIVAN
                                       UNITED STATES CIRCUIT JUDGE
                                       Sitting by Designation