UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

VICTOR PETERSON,

Defendant.

No. 17-cr-365 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Thursday, December 4, 2025 at 2:30 p.m., in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, at which time Supervisee shall be presented on the alleged violations of supervised release included in Probation's report dated June 7, 2024.

SO ORDERED.

Dated:      December 4, 2025
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation